IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BRIDGEMAN**
**ADC #152683**                                                                                              **PLAINTIFF**

v.                        Case No. 1:14-cv-0011 KGB/BD

**CORPORAL NELDON, et al.**                                                                        **DEFENDANTS**

**ORDER**

     The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 17). No objections have been filed, and the time for filing objections has now passed. After careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

     It is, therefore, ordered that the Doe defendants are dismissed from this action without prejudice.

     SO ORDERED this 18th day of August, 2014.

                                                                                                  Kristine G. Baker
                                                                             United States District Judge