# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVID BRIDGEMAN**
**ADC #152683**                                                                                          **PLAINTIFF**

v.                                  Case No. 1:14-cv-0011 KGB/BD

**CORPORAL NELDON, et al.**                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 25). No objections have been filed, and the time for filing objections has now passed. After careful consideration, the Court hereby approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects. The Court grants defendants' motion for summary judgment (Dkt. No. 21) and dismisses without prejudice Mr. Bridgeman's claims.

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge