IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BRIDGEMAN**
**ADC #152683**                                                                                                    **PLAINTIFF**

v.                              Case No. 1:14-cv-0011 KGB/BD

**CORPORAL NELDON, et al.**                                                                          **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered in this matter on this date, the Court dismisses without prejudice this case.

SO ADJUDGED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge